

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE<br><br>MARCOS HERNANDEZ. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-19-00194-CR<br><br>Appeal from the<br><br>120th District Court<br><br>of El Paso County, Texas<br><br>(TC#20140D00486) |

## **MEMORANDUM OPINION**

The State of Texas has filed a motion for voluntary dismissal of this habeas corpus appeal.

*See* TEX.R.APP. P. 42.2(a).  The motion is granted, and this appeal is dismissed.


GINA M. PALAFOX, Justice

January 29, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)